UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-17-2291-R                                    Date: MAY 11, 2017

Title:        RAFAEL CARDENAS -V.- FCA US LLC, et al.
=========================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

            Christine Chung                              None Present
            Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

        None                                         None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) STRIKING JOINT REPORT RULE 26(f)
               REPORT (DCKT. NO. 15) AND SETTING ORDER TO SHOW CAUSE RE
               LACK OF PROSECUTION AND FAILURE TO COMPLY WITH THIS
               COURT'S ORDER RE NOTICE TO COUNSEL

        The Court hereby ORDERS the parties' Joint Report Rule 26(f) Discovery Plan, docket
number 15, filed May 10, 2017 ("joint report") **STRICKEN** for failure to comply with the Court's
Order Re: Notice to Counsel.  Counsel state in the joint report that the early meeting of counsel
was held by a telephonic conference on April 7, 2017.  Pursuant to this Court's Order Re: Notice to
Counsel, counsel are required to meet "in person" for an early meeting.
        The Court hereby SETS an **ORDER TO SHOW CAUSE AS TO WHY THIS CASE
SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION AND FAILURE TO COMPLY
WITH THIS COURT'S ORDER RE: NOTICE TO COUNSEL**.  Counsel are ORDERED to comply
with the Court's requirement of meeting in person for the purpose of making initial disclosures and
submitting Joint Rule 26(f) Report.  Counsel are ORDERED to comply with the requirements and
submit a Joint Rule 26(f)Report on or **before MAY 16, 2017.**
        In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no
oral argument on this Order to Show Cause will be heard unless ordered by the Court.  The Order
will stand submitted upon the filing of the joint report.  Failure to respond to the Court's Order will
result in the dismissal of the action.

IT IS SO ORDERED.

MINUTES FORM 11                                   Initials of Deputy Clerk __CCH____
CIVIL -- GEN