**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
RAFAEL CARDENAS

**ONGARO PC**
Scott S. Shepardson (SBN 197449)
sshepardson@ongaropc.com
Stephen Grimsrud (SBN 200153)
sgrimsrud@ongaropc.com
50 California Street Suite 3325
 San Francisco, CA 90071
Telephone: (415) 433-3900
Attorneys for Defendant,
 FCA US LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL CARDENAS,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br>　　　　Defendants. | CASE NO : 2:17-cv-02291-MRW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge Michael R. Wilner |

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 26, 2020

_____
HONORABLE JUDGE MICHAEL R. WILNER